UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
16 SEP 19 AM 11:08
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

TAMMY WICK
Plaintiff

v

CHEVRON INC
Defendant

§
§
§
§
§
§
§
§
§
§
§
§
§

IN THE FEDERAL
DISTRICT COURT

WESTERN DISTRICT of
TEXAS

A16CV1079 SS

AUSTIN DIVISION
TRAVIS COUNTY
TEXAS

ORIGINAL COMPLAINT WITH DEMAND FOR JURY

TO THE HONORABLE JUDGE OF THE COURT:

Comes now Plaintiff, Tammy Wick, an individual, who is filing this Original Complaint with a Demand for Jury, if possible, & who is paying the fees upon filing against the above Defendant. They will be served at: ORDO PROSESSING GROUP; QURO ANALYST, PO Box 199708 Dallas Texas 75219-9708 (800) 870-1361.

1    DISCOVERY

If this were a State Court case, Discovery would be conducted under Level 1 – possibly there are pendant jurisdiction considerations? Please *see* federal Rule 6. The last three numbers of Plaintiff's driver's license # are 631 The last three # of her Social Security number are 148.

2    JURISDICTION & VENUE & LIMITATIONS

Jurisdiction & venue (per this ¶) are proper in the Western District of Texas. Your Plaintiff is a resident of Travis County Texas. Limitations is not an issue. A COPY OF THIS PETITION WILL BE FORWARDED TO THE

DEFENDANT & THE DEFENDANT IN THE STATE COURT case, if necessary?

## 3      INJUNCTION

Your Plaintiff asks that this federal Court enjoin the proceeding scheduled in #2001-08-0690 Tammy Wick v Robert Glenn Wick in Cherokee County Texas as this federal lawsuit involves ERISA benefits mandated by federal law; currently set for October 11 2016 at 1:30pm.

## 4      18 USC §664

The Defendant is attempting to unlawfully "convert ... to the use of another ... of an employee benefit plan".

## 5      18 USC §1954

The Defendant as "an employer ... [has been offered] anything of value" to deny the ex-wife her half of the ex-husband's pension; accruing since 1980.

## 6      18 USC §371

The Defendant is a co-conspirator in an attempt to defraud your Plaintiff of her ERISA rights.

## 7      42 USC §1983

The Defendant has deprived your Plaintiff of civil rights in violation of law contrary to the XIII & XIV amendments: adopted by the 1869 Texas constitution – mandated by the defeat in the Civil War.

## 8      JURY DEMAND

Your Plaintiff hereby makes a Demand for Jury, if possible?

WHEREFORE your Plaintiff prays for Judgment against Defendant.

Respectfully submitted,

*(signature)*

Robert Stuart Koelsch
State Bar No 11652020
PO BOX 4790
Lago Vista, Texas 78645-0008
(713) 882-7259 – Phone
(877) 216-5373 – Fax
rsrobertokoelsch@icloud.com
Authorized Lawyer
Admitted Western
District Of TEXAS

## CERTIFICATE OF SERVICE AND CONFERENCE

I certify that a true & correct copy of the foregoing has been served upon the other side(s) on or near the file stamp date, without consultation as this is a Plaintiff's Original Complaint coupled with a Demand for Jury.

*(signature)*

Robert Stuart Koelsch