#1:16-cv-01079-SS

| | | |
|---|---|---|
| **TAMMY WICK**<br>Plaintiff | §<br>§<br>§<br>§ | IN THE FEDERAL<br>DISTRICT COURT |
| v | §<br>§<br>§<br>§<br>§ | WESTERN DISTRICT of<br>TEXAS |
| **CHEVRON INC**<br>Defendant | §<br>§<br>§<br>§<br>§ | AUSTIN DIVISION<br>TRAVIS COUNTY<br>TEXAS |

### RULE 41 MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF THE COURT:**

Comes now Plaintiff, Tammy Wick, an individual, who is filing this Rule 41 Motion to Dismiss, without Court Order per Rule 41, & without the various exceptions.   Presumably, a file stamped copy will be emailed to me?

**1    SETTLEMENT**

Chevron & ex-wife have reached a 50/50 division of retirement proceeds; per the 'division' agreement.

**2    MOOT**

Accordingly, we are done & thank you for your time!

WHEREFORE your Plaintiff prays that this case be dismissed.

Respectfully submitted,

[signature]

**Robert Stuart Koelsch**
**State Bar No 11652020**
**PO BOX 4790**
**Lago Vista, Texas 78645-0008**
**(713) 882-7259 – Phone**
**(877) 216-5373 – Fax**
**rsrobertokoelsch@icloud.com**
**Authorized Lawyer**
**Admitted Western**
**District of TEXAS**

### CERTIFICATE OF SERVICE AND CONFERENCE

I certify that a true & correct copy of the foregoing has been served upon the other side(s) on or near the file stamp date, without further consultation as this is a Dismissal.

*[signature]*

**Robert Stuart Koelsch**