IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 NOV 22  PM 2:09

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DM
         DEPUTY

TAMMY WICK,
        Plaintiff,

-vs-

CHEVRON INC,
        Defendant.

CAUSE NO.:
A-16-CA-01079-SS

## O R D E R

BE IT REMEMBERED on this day there was presented to the Court the Rule 41 Motion to Dismiss [#2] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Rule 41 Motion to Dismiss [#2] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the _21st_ day of November 2016.

_____
UNITED STATES DISTRICT JUDGE

